# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO ENRIQUE VIDAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80716

FILED

MAR 11 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK



## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This pro se emergency petition for a writ of mandamus challenges a district court ruling denying petitioner's motion to vacate sentence/conviction.

Based upon our review of the documents submitted in this matter, which do not include the written order being challenged, we conclude that our intervention by extraordinary writ is not warranted. *See* NRS 34.160 (explaining the purpose of a writ of mandamus); NRS 34.170 (explaining that mandamus will not issue when an adequate legal remedy is available); *see also Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary); NRAP 21(a)(4) (providing that the petitioner

20-09664

must submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Cadish

cc: Francisco Enrique Vidal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We note that petitioner may be able to appeal from the district court's written order. *See* NRS 34.575; *Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 325 (1996). As the filing fee in this matter has been waived, petitioner's motion to proceed with in forma pauperis status is denied as moot.